# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

DIANE R. GOCHIN,          :   No. 22 MAP 2019

                   :

         Appellant     :   Appeal from the Order of the

                   :   Commonwealth Court at No. 14 MD

                   :   2018 dated January 14, 2019.

         v.            :

                   :

                   :

JUDICIAL CONDUCT BOARD BY AND   :
THROUGH ITS AGENTS AND CHIEF   :
COUNSELS; SUPREME COURT OF   :
PENNSYLVANIA BY AND THROUGH ITS   :
TBN AGENTS AND EMPLOYEES;   :
PENNSYLVANIA SUPERIOR COURT   :
AND ITS PROTHONOTARY BY AND   :
THROUGH ITS TBN AGENTS AND   :
EMPLOYEES; PENNSYLVANIA COURT   :
OF COMMON PLEAS BY AND   :
THROUGH ITS TBN AGENTS;   :
MONTGOMERY COUNTY AND ITS   :
SHERIFF; OFFICE OF ATTORNEY   :
GENERAL BY AND THROUGH ITS TBN   :
AGENTS AND EMPLOYEES JOSH   :
SHAPIRO, INDIVIDUALLY AND IN   :
OFFICIAL CAPACITY JUDGE PAUL   :
DIAMOND, INDIVIDUALLY AND IN   :
OFFICIAL CAPACITY, JUDGE RICHARD   :
HAAZ, INDIVIDUALLY AND IN OFFICIAL   :
CAPACITY, KELLY WALL,   :
INDIVIDUALLY AND IN OFFICIAL   :
CAPACITY, GAIL WEILHEIMER,   :
INDIVIDUALLY AND IN OFFICIAL   :
CAPACITY THOMAS BRANCA,   :
INDIVIDUALLY AND IN OFFICIAL   :
CAPACITY ROBERT GRACI,   :
INDIVIDUALLY AND IN OFFICIAL   :
CAPACITY, MARY JANE BOWES,   :
INDIVIDUALLY AND IN OFFICIAL   :
CAPACITY KATE FORD ELLIOTT,   :

                   :

INDIVIDUALLY AND IN OFFICIAL
CAPACITY,

                : 
                : 
                : 

        Appellees

## ORDER

**PER CURIAM**                            **DECIDED:  October 31, 2019**

        **AND NOW,** this 31st day of October, 2019, the Order of the Commonwealth Court is hereby AFFIRMED.